# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF TEXAS

# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| VS. | * | CAUSE NO. SA:16-CR-00920(1)-DAE |
| MANUEL NICASIO | * | |

# DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE, WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION:

Now comes MANUEL NICASIO, Defendant in the above-entitled and numbered cause, by and through the undersigned Counsel, and files this unopposed motion for continuance, and in support of such motion, shows the following:

I.

The plea arrangement deadline was September 15, 2017. This cause is presently set for Jury Selection & Trial on Monday, October 2, 2017, at 9:30 a.m.

II.

The parties have been conferring and are in ongoing negotiations towards a proposed plea. They are confident they can resolve this case with additional time.

III.

The undersigned is respectfully requesting a continuance of thirty (30) days to continue conferring with government counsel on this case.

IV.

Assistant United States Attorney Sam Ponder does not oppose counsel's request for a continuance.

V.

Counsel assures the Court this motion is not made for the purpose of delay but rather in the interest of justice.

**WHEREFORE, PREMISES CONSIDERED**, the defendant prays the Court continue this cause for at least thirty (30) days.

                                              Respectfully submitted,

                                              LAW OFFICES OF ALAN BROWN
222 MAIN PLAZA
SAN ANTONIO, TEXAS 78205
(210) 227-5103 (O)
(210) 225-2481 (FAX)
leigh@lawofficesofalanbrown.com

                                              _____/S/_____.
LEIGH R. CUTTER
BAR NO. 24085965

ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of September, 2017, I electronically filed the foregoing with the Clerk of Court using the CE/ECF system which will send notification of such filing to the following:

U.S. Attorney's Office
601 NW Loop 410, Suite 600
San Antonio, Texas 78216

                                            /S/        .
                                  LEIGH R. CUTTER


# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF TEXAS

# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| VS. | * | CAUSE NO. SA:16-CR-00920(1)-DAE |
| MANUEL NICASIO | * | |

# O R D E R

On this the _____ day of _____, 2017, came on to be considered Defendant's Unopposed Motion for Continuance, and it appears to the Court that this Motion should be (GRANTED) (DENIED).

IT IS HEREBY FURTHER ORDERED: _____

_____.

SIGNED and ENTERED on this the _____ day of _____, 2017.

                                                         _____
                                                         DAVID A. EZRA
                                                         U.S. DISTRICT JUDGE